UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| KIRK R. MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:08-CV- 100 PS |
| | ) | |
| KENNETH FRIES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court *sua sponte*. While he was held at the Allen County Jail, Kirk R. Martin, a *pro se* prisoner, filed a complaint and motion for leave to proceed *in forma pauperis*. The Court granted the motion to proceed *in forma pauperis*. Recently, Mr. Martin filed notice of his new address, which indicates that he has been released from jail.

Under 28 U.S.C. § 1915(b)(1), one who files a civil action or appeal while a prisoner must pay the full filing fee even if he is subsequently released. *Robbins v. Switzer*, 104 F.3d 895, 897 (7th Cir. 1997). To date $327.50 of the $350.00 filing fee remains unpaid. Before he can continue with this litigation, Mr. Martin must either pay that amount, or alternatively, 28 U.S.C. § 1915(b)(4) permits a former prisoner, who has paid the initial partial filing fee assessed under § 1915(b)(1) and any installment payments due under § 1915(b)(2), to be excused from further payments on the filing fee if he is destitute. *Robbins*, 104 F.3d at 898.

Mr. Martin has paid a single installment payment since he filed the complaint on April 15, 2008. Therefore, if Mr. Martin seeks to have the balance of the filing fee waived, he must submit a non-prisoner *in forma pauperis* petition along with a copy of his inmate trust account ledger detailing his receipts for the months since he filed the complaint on April 15, 2008, until

his release, and 20% of his income for those months in which he received $10.00 or more.

Therefore, the Court:

(1) **GRANTS** Kirk R. Martin to and including July 17, 2008, to either pay the remaining balance of $327.50 **OR** file a non-prisoner petition to proceed *in forma pauperis* along with a copy of his inmate trust account ledger and any installment payments that were due;

(2) **DIRECTS** the Clerk of this Court to include a blank copy of the non-prisoner *in forma pauperis* petition along with the copy of this order that is mailed to Kirk R. Martin; and

(3) **CAUTIONS** Kirk R. Martin that if he does not comply with this order, this case will be dismissed without prejudice and without further notice because the filing fee was not paid.

**SO ORDERED**.

ENTERED: July 10, 2008.

 s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT